**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CARL WAYNE BUNTION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil No. 4:22-cv-1125 |
| | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

_____

**Motion for Leave to Proceed In Forma Pauperis**
_____

Plaintiff Carl Wayne Buntion respectfully requests that this Court grant him leave to file his Complaint without prepayment of filing fees and to proceed in forma pauperis, both in this Court and on appeal to the Court of Appeals, should an appeal be necessary. The federal district court previously found Buntion to be indigent and allowed him to proceed in forma pauperis his previous habeas proceedings. *See, e.g.*, Order, Buntion v. Davis, 4:17-cv-02683, (S.D. Tex. June 11, 2018),ECF No. 7.

Respectfully submitted,

s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston
Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston
Law Center
4170 Martin Luther King Blvd.
Houston, Texas 77204-6060
Tel. (713) 743-6843
Fax (713) 743-2131

*Counsel to Carl Wayne Buntion, Plaintiff*

## Certificate of Service

I certify that on Thursday, April 7, 2022, a copy of the foregoing pleading was electronically served on counsel for Respondent, Cara Hanna and Gwendolyn Vindell, via an email to carra.hanna@oag.texas.gov and gwendolyn.vindell2@oag.texas.gov.

s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry